STATE OF LOUISIANA

VERSUS

MISHANDA L REED

NO. 24-KA-120

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA


ON APPEAL FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, STATE OF LOUISIANA
NO. 21-5868, DIVISION "M"
HONORABLE SHAYNA BEEVERS MORVANT, JUDGE PRESIDING


April 23, 2024


**SUSAN M. CHEHARDY**
**CHIEF JUDGE**


Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and John J. Molaison, Jr.


**SENTENCE VACATED;**
**APPEAL DISMISSED WITHOUT PREJUDICE;**
**REMANDED WITH INSTRUCTIONS**
    **SMC**
    **JGG**
    **JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

**CHEHARDY, C.J.**

On September 28, 2023, a jury convicted defendant, Mishanda L. Reed, of attempted second degree kidnapping, a responsive verdict, and found her not guilty of aggravated battery. Defendant subsequently retained new counsel and filed a motion to continue sentencing. On October 12, 2023, new counsel for defendant filed both a motion for new trial and a motion in arrest of judgment, with a single memorandum submitted in support of both motions.[1]

On October 20, 2023, at the conclusion of the hearing on defendant's post-trial motions, the trial court denied the motion for new trial, but there is no written or oral ruling in the record that addresses defendant's motion in arrest of judgment. That same day, defense counsel waived sentencing delays and the trial court sentenced defendant to eleven years imprisonment at hard labor with credit for time served.

On December 13, 2023, the trial court denied defendant's motion to reconsider the sentence. Defendant subsequently filed a "Notice of Appeal," which the trial court granted, and the record was lodged in this Court on March 8, 2024.

Upon review of the record, we find the trial court inadvertently sentenced defendant without having resolved her outstanding motion in arrest of judgment. La. C.Cr.P. art. 861 states, in pertinent part: "A motion in arrest of judgment must be filed and disposed of before sentence." When a trial court sentences a defendant before it has ruled on a motion in arrest of judgment, this Court lacks appellate jurisdiction. As such, the matter requires us to vacate defendant's sentence, dismiss the present appeal without prejudice, and remand for a ruling on the outstanding motion in arrest of judgment and for subsequent resentencing, if necessary. *See,*

_____

[1] La. C.Cr.P. art. 859 provides that a court shall arrest the judgment when, among other things, the "verdict is not responsive to the indictment, or is otherwise so defective that it will not form the basis of a valid judgment."

*e.g.*, *State v. Wilson*, 96-251 (La. App. 5 Cir. 10/1/96), 683 So.2d 775, 777; *see also State v. Anderson*, 99-1407 (La. App. 4 Cir. 1/26/00), 753 So.2d 321, 324.

## DECREE

Accordingly, pursuant to Uniform Rules – Courts of Appeal, Rule 2-16.2(A)(1), we vacate defendant's sentence, dismiss the present appeal without prejudice, and remand for a ruling on defendant's outstanding motion in arrest of judgment and for resentencing, if necessary. Defendant may again appeal her conviction and sentence in the event of an adverse ruling.

**SENTENCE VACATED;**
**APPEAL DISMISSED WITHOUT PREJUDICE;**
**REMANDED WITH INSTRUCTIONS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF JUDGMENT AND CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN DELIVERED
IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 2-16.4 AND 2-16.5** THIS DAY
**APRIL 23, 2024** TO THE TRIAL JUDGE, CLERK OF COURT, COUNSEL OF RECORD AND ALL PARTIES NOT
REPRESENTED BY COUNSEL, AS LISTED BELOW:

CURTIS B. PURSELL
CLERK OF COURT

**24-KA-120**

**E-NOTIFIED**
24TH JUDICIAL DISTRICT COURT (CLERK)
HONORABLE SHAYNA BEEVERS MORVANT (DISTRICT JUDGE)
THOMAS J. BUTLER (APPELLEE)        RALPH S. WHALEN, JR. (APPELLANT)

**MAILED**
NO ATTORNEYS WERE MAILED